UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 1

| | |
|---|---|
| NEOTI LLC<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                    Defendant. | **S U M M O N S**<br>Court No. 25-00210 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | See Attached Schedule | Center (if known): | CEE007 |
|---|---|---|---|
| Protest Number: | See Attached Schedule | Date Protest Filed: | See Attached Schedule |
| Importer: | NEOTI LLC | Date Protest Denied: | See Attached Schedule |
| Category of Merchandise: | LED DISPLAYS | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See | Attached | Schedule | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner, Esq.
Sandler, Travis & Rosenberg, P.A.
286 Madison Avenue, Suite 502
New York, NY 10017
121-549-0137 / jkenner@strtrade.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| LED displays | 8528.59.3370<br>9903.88.15 | 5%<br>7.5% | 8528.52.0000<br>9903.01.32 | 0%<br>0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Classification and rate of duty.

The issue which was common to all such denied protests:
Classification and rate of duty.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Jason M. Kenner
*Signature of Plaintiff's Attorney*

9/16/2025
*Date*

# SCHEDULE OF PROTESTS

<u>CEE007</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 411023100871 | 9/22/2023 | 07/14/2025 | EJ400411286 | 9/14/2022 | 8/11/2023 | 4110 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00410163 | 9/20/2022 | 8/11/2023 | 3901 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00413662 | 9/26/2022 | 8/11/2023 | 4110 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00414140 | 9/29/2022 | 8/11/2023 | 4110 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00414611 | 9/29/2022 | 8/11/2023 | 2720 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00416988 | 10/17/2022 | 8/11/2023 | 2720 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00417853 | 10/22/2022 | 8/11/2023 | 4110 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00419040 | 10/31/2022 | 8/11/2023 | 4110 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00420246 | 11/9/2022 | 8/11/2023 | 4110 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00420543 | 11/9/2022 | 8/11/2023 | 4110 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00420683 | 11/10/2022 | 8/11/2023 | 4110 |
| 390123130403 | 10/30/2023 | 07/14/2025 | E4J00421046 | 11/15/2022 | 8/11/2023 | 4110 |
| 411024100921 | 11/20/2024 | 07/14/2025 | E4J00450383 | 6/28/2023 | 5/24/2024 | 4110 |
| 411024100921 | 11/20/2024 | 07/14/2025 | E4J00450433 | 6/27/2023 | 5/24/2024 | 4110 |
| 411024100926 | 12/16/2024 | 07/14/2025 | E4J00459749 | 8/23/2023 | 7/19/2024 | 4110 |
| 411024100926 | 12/16/2024 | 07/14/2025 | E4J00464921 | 10/3/2023 | 8/30/2024 | 4110 |
| 411024100926 | 12/16/2024 | 07/14/2025 | E4J00462115 | 9/5/2023 | 8/2/2024 | 4110 |
| 411024100926 | 12/16/2024 | 07/14/2025 | E4J00459707 | 8/21/2023 | 7/12/2024 | 4110 |
| 411024100926 | 12/16/2024 | 07/14/2025 | E4J00466173 | 11/2/2023 | 9/27/2024 | 4110 |
| 411024100926 | 12/16/2024 | 07/14/2025 | E4J00471140 | 11/6/2023 | 10/4/2024 | 4110 |
| 411024100926 | 12/16/2024 | 07/14/2025 | E4J00475760 | 12/4/2023 | 10/25/2024 | 4110 |
| 411024100926 | 12/16/2024 | 07/14/2025 | E4J00475778 | 12/14/2023 | 11/8/2024 | 3901 |
| 411024100926 | 12/16/2024 | 07/14/2025 | E4J00476826 | 12/26/2023 | 11/22/2024 | 3901 |
| 411024100926 | 12/16/2024 | 07/14/2025 | E4J00477469 | 12/15/2023 | 11/15/2024 | 4110 |
| 390125131738 | 2/3/2025 | 07/14/2025 | E4J00476826 | 12/26/2023 | 11/22/2024 | 3901 |
| 390125131738 | 2/3/2025 | 07/14/2025 | E4J00480141 | 1/3/2024 | 11/29/2024 | 4110 |
| 390125131738 | 2/3/2025 | 07/14/2025 | E4J00482238 | 1/27/2024 | 12/20/2024 | 3901 |
| 390125131738 | 2/3/2025 | 07/14/2025 | E4J00483459 | 1/25/2024 | 12/20/2024 | 4110 |
| 390125131738 | 2/3/2025 | 07/14/2025 | E4J00486635 | 2/20/2024 | 1/17/2025 | 3901 |
| 390125131738 | 2/3/2025 | 07/14/2025 | E4J00488839 | 3/6/2024 | 1/31/2024 | 3901 |
| 390125131738 | 2/3/2025 | 07/14/2025 | E4J00488813 | 3/9/2024 | 1/31/2024 | 3901 |
| 470125103170 | 4/16/2025 | 07/14/2025 | BYA24072431 | 4/30/2024 | 3/28/2025 | 4701 |
| 470125103170 | 4/16/2025 | 07/14/2025 | E4J00492385 | 4/8/2024 | 2/28/2025 | 3307 |
| 470125103170 | 4/16/2025 | 07/14/2025 | E4J00495503 | 4/30/2024 | 3/28/2025 | 4110 |
| 470125103170 | 4/16/2025 | 07/14/2025 | E4J00491445 | 3/29/2024 | 2/21/2025 | 4110 |
| 470125103170 | 4/16/2025 | 07/14/2025 | E4J00494274 | 4/22/2024 | 3/14/2025 | 4110 |
| 470125103170 | 4/16/2025 | 07/14/2025 | E4J00492377 | 4/8/2024 | 2/28/2025 | 4110 |
| 470125103170 | 4/16/2025 | 07/14/2025 | E4J00495032 | 4/26/2024 | 3/21/2025 | 4110 |
| 470125103170 | 4/16/2025 | 07/14/2025 | E4J00490561 | 3/22/2024 | 2/14/2025 | 4110 |
| 470125103170 | 4/16/2025 | 07/14/2025 | E4J00496261 | 5/6/2024 | 3/28/2025 | 4110 |